**Opinion filed October 22, 2009**



In The

# Eleventh Court of Appeals

_____

## No. 11-09-00143-CV

_____

## IN THE INTEREST OF N.I.F., A CHILD

**On Appeal from the 118th District Court**

**Martin County, Texas**

**Trial Court Cause No. 6159**

## M E M O R A N D U M   O P I N I O N

M.A.F. has filed in this court a motion to dismiss her appeal. In her motion, she states that she no longer desires to pursue her appeal. The motion is granted, and the appeal is dismissed.

PER CURIAM

October 22, 2009

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.